UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| James B. Humphrey, Jr., <br> Christopher D. Humphrey, <br> Charles R. Cleveland, Jr., D.D.S., <br> Ronald Humphrey, <br> Charles W. Anderson, D.D.S., <br> William T. Cone, Jr., <br> Charles R. Cleveland, Sr., <br> and <br> Julie Cleveland, <br><br>         Plaintiffs, <br> VS. <br><br> Ray Krenek, <br> Great Texas Oil & Gas Trust, <br> Wayne Knappick, <br> K&K Trust, <br> and <br> Florian Drymala, <br><br>         Defendants. | § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. H-04-2051 |

## MEMORANDUM AND ORDER

In this securities fraud case, Defendants Ray Krenek, Great Texas Oil & Gas Trust, and Florian Drymala (collectively, "Defendants") have moved for dismissal under FED. R. CIV. P. 12(b)(6), and for partial summary judgment under FED. R. CIV. P. 56(c). Defendants now request that the Court hold a hearing on their motions. After considering the request, the Court hereby **GRANTS** Defendants' motion, Docket No. 53. A hearing on Defendants' motions will be held in chambers on Wednesday, October 26, 2005, at 10:30 a.m.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of October, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**