# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMES B. HUMPHREY, JR., § <br> CHRISTOPHER D. HUMPHREY, § <br> CHARLES R. CLEVELAND, JR., D.D.S, § <br> RONALD HUMPHREY, § <br> CHARLES W. ANDERSON, D.D.S., § <br> WILLIAM T. CONE, JR., § <br> CHARLES R. CLEVELAND, SR., § <br> and § <br> JULIE CLEVELAND, § <br> § <br>          Plaintiffs, § <br> VS. § **CIVIL ACTION NO. H-04-2051** <br> § <br> RAY KRENEK, § <br> GREAT TEXAS OIL & GAS TRUST, § <br> WAYNE KNAPPICK, § <br> K&K TRUST, § <br> and § <br> FLORIAN DRYMALA, § <br> § <br>          Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion for a deadline by which Defendants must designate their expert witnesses. After considering the motion and the parties' oral arguments, the Court finds that the motion, Docket No. 72, should be and hereby is **GRANTED**. Defendants are **ORDERED** to designate their expert witnesses, and give notice to Plaintiffs of the availability of those witnesses for depositions, on or before January 17, 2005.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 10th day of January, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**