UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. HUMPHREY, JR., § <br> CHRISTOPHER D. HUMPHREY, § <br> CHARLES R. CLEVELAND, JR., D.D.S, § <br> RONALD HUMPHREY, § <br> CHARLES W. ANDERSON, D.D.S., § <br> WILLIAM T. CONE, JR., § <br> CHARLES R. CLEVELAND, SR., § <br> and § <br> JULIE CLEVELAND, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> RAY KRENEK, § <br> GREAT TEXAS OIL & GAS TRUST, § <br> WAYNE KNAPPICK, § <br> K&K TRUST, § <br> and § <br> FLORIAN DRYMALA, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-04-2051 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion to compel Defendants to produce documents in response to Plaintiffs' fourth requests for production. After considering the parties' filings and oral arguments, the Court hereby **ORDERS** Defendants to turn over all responsive documents in their possession. The Court further **ORDERS** Plaintiffs to compensate Defendants for the costs of this production.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**