UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. HUMPHREY, JR., | § | |
| CHRISTOPHER D. HUMPHREY, | § | |
| CHARLES R. CLEVELAND, JR., D.D.S, | § | |
| RONALD HUMPHREY, | § | |
| CHARLES W. ANDERSON, D.D.S., | § | |
| WILLIAM T. CONE, JR., | § | |
| CHARLES R. CLEVELAND, SR., | § | |
| and | § | |
| JULIE CLEVELAND, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-04-2051 |
| | § | |
| RAY KRENEK, | § | |
| GREAT TEXAS OIL & GAS TRUST, | § | |
| WAYNE KNAPPICK, | § | |
| K&K TRUST, | § | |
| and | § | |
| FLORIAN DRYMALA, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion to strike Defendants' expert witnesses. After considering the parties' filings and oral arguments, the Court finds that the motion, Docket No. 95, should be and hereby is **DENIED**. Defendants are hereby **ORDERED** to provide Plaintiffs, on or before Wednesday, January 25, 2006, with at least two dates upon which defense expert Robert Hammons will be available to be deposed. Within 24 hours of their receipt of this information, Plaintiffs are hereby **ORDERED** to notify Defendants of the date on which Plaintiffs elect to depose Hammons.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of January, 2006.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**