UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. HUMPHREY, JR., <br> CHRISTOPHER D. HUMPHREY, <br> CHARLES R. CLEVELAND, JR., D.D.S, <br> RONALD HUMPHREY, <br> CHARLES W. ANDERSON, D.D.S., <br> WILLIAM T. CONE, JR., <br> CHARLES R. CLEVELAND, SR., <br> and <br> JULIE CLEVELAND, <br><br>     Plaintiffs, <br> VS. <br><br> RAY KRENEK, <br> GREAT TEXAS OIL & GAS TRUST, <br> WAYNE KNAPPICK, <br> K&K TRUST, <br> and <br> FLORIAN DRYMALA, <br><br>     Defendants. | § § § § § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. H-04-2051 |

## MEMORANDUM AND ORDER

Pending before the Court is Defendants' motion to dismiss the claims of Plaintiff Dr. Charles R. Cleveland, Jr. Because Dr. Cleveland has now voluntarily dismissed his claims, Defendants' motion, Docket No. 77, is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 2nd day of February, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**